Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Columbia Division

| | |
|---|---|
| **Andres Glenn** <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> **Carol Glenn** <br> **Vicktor fashion** <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **3:25-cv-12569-CMC-SVH** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Andres L Glenn
- Street Address: 220 Taison Dr
- City and County: Colombia Richland
- State and Zip Code: SC 29203
- Telephone Number: 935-5701
- E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Carol Glenn
- Job or Title (if known): Walmart
- Street Address: 117 Bryant Ridge Lane
- City and County: Moncks Corner Berkeley
- State and Zip Code: SC 29461
- Telephone Number: 1-843-826-7699
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: 1-843-974-4101 mike the supervisor
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question         [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Andres Glenn, is a citizen of the State of *(name)* _____

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* Andres Glenn, is incorporated under the laws of the State of *(name)* SC
       and has its principal place of business in the State of *(name)* Bryant Hosiptal

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual Victor fashion
       The defendant, *(name)* Carol Glenn, is a citizen of the State of *(name)* SC. Or is a citizen of *(foreign nation)* NO

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/21/2025

Signature of Plaintiff: Andres L Glenn
Printed Name of Plaintiff: Andres L. Glenn

### B. For Attorneys

Date of signing: 8/23/2025

Signature of Attorney: Andres Glenn
Printed Name of Attorney: A. Glenn
Bar Number: 47017573
Name of Law Firm: Glenn Law Firm
Street Address: 220 Faison dR
State and Zip Code: SC 29203
Telephone Number: 935-6610 · 935-5701
E-mail Address:

Page 5 of 5

no case number ~~from no case~~ for a case

I am suwing my sister for my Disibility money 200 thousand and Victor for 991 thousand V. Fashion action in im a Bar Carol Glenn my Disability case

Victor Fashion owes 991 for a slip and fall in the Chill Grill Cafe Bar

Notary
Andres Glenn
exp. date: 06/03/2035
Number 470 135 73